IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| NYFESSE SAUNDERS | : | NO. 10-442 |

ORDER

AND NOW, this 17th day of September 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the pro se motion of defendant Nyfesse Saunders to vacate his sentence under 28 U.S.C. § 2255 (Doc. # 32) is DENIED; and

(2)  there is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Harvey Bartle III
_____
                          J.