IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 10-442 |
| NYFESSE SAUNDERS | : | |

<u>ORDER</u>

And now, this 12th day of January 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Nyfesse Saunders for reduction of sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 39) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.